AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

a Black Nextel i205 "Boost" Mobile Cell Phone,
Model #: H75XAH6RR3AN, FCCID #: AZ489FT5827
Telephone # (202) 350-7312 ("Subject Phone A")

**APPLICATION AND AFFIDAVIT**
**FOR SEARCH WARRANT**

FILED

SEP 2 7 2005

CASE NUMBER: 05 - 0512M - 01.

(Further described below) NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I ___Bridget C. Thomas, Special Agent___ being duly sworn depose and say:

I am a(n)___Special Agent Bridget C. Thomas, with the Federal Bureau of Investigation___and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)

**See Attachment A**
a Black Nextel i205 "Boost" Mobile Cell Phone,
Model #: H75XAH6RR3AN, FCCID #: AZ489FT5827,
Telephone # (202) 350-7312 ("Subject Phone A")
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHMENT AFFIDAVIT FOR A MORE COMPLETE DESCRIPTION.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence of the commission of a criminal offense and designed or intended for use and which
is or has been used as the means of committing a criminal offense.

concerning a violation of Title 18  United States Code, Section(s) 2421, 2423(a), 1591 . The facts to support a finding
of Probable Cause are as follows:                                    D.C.C. § 22-3008

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES ☐ NO

William M. Blier, Chief
Transnational/Major Crimes
(202) 514-6950

Signature of Affiant
Bridget C. Thomas, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

SEP 2 7 2005

at Washington, D.C.

Date
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer