**ATTACHMENT A**

**ITEMS TO BE SEARCHED:**

The electronically stored contents, including, but not limited to the address books and call logs, and any digital photos, images, and video stored in the following items of property:

a) a Black Nextel i205 "Boost" Mobile Cell Phone, Model #: H75XAH6RR3AN, FCCID #: AZ489FT5827, Telephone # (202) 350-1712 ("Phone A");

b) a Black Motorola i205 Phone, featuring the Direct Connect/Two-Way Radio function, Model #: H62XAH6RR1AN, FCCID #: AZ489FT5822, SN# 364YEG3HRL ("Phone B"); and

c) a Grey Samsung Digital Dual Band Camera Cell Phone, Model # SCH-A670 FCC ID: A3LSCHA670 ("Phone C").